Case 1:11-cv-01831-YK   Document 76   Filed 06/12/12   Page 1 of 1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:11-CV-1831 |
| **Plaintiff** | : | |
| | : | (Chief Judge Kane) |
| **v.** | : | |
| | : | (Magistrate Judge Carlson) |
| **CRAVER, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On March 28, 2012, Defendants filed a motion to dismiss Plaintiff's complaint. (Doc. No. 61.) On May 22, 2012, Magistrate Judge Martin Carlson issued a Report and Recommendation in which he recommended that the motion to dismiss be granted and that the case be dismissed with prejudice. (Doc. No. 74.) Objections to the Report and Recommendation were due June 8, 2012. To date, no objections have been filed. The Court has conducted a de novo review of Judge Carlson's Report and Recommendation and has detected no error therein.

**ACCORDINGLY**, on this 12th day of June 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 74) is **ADOPTED**, the motion to dismiss (Doc. No. 61) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania
